

## RECONSIDERATION DOCKET

**95–561.  State ex rel. Chrysler Corp. v. Indus. Comm.**
Franklin App. No. 93APD12–1717.  Reported at 81 Ohio St.3d 158, 689 N.E.2d 951.  On motion for reconsideration.  Motion denied.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**96–2311.  State v. Keenan.**
Cuyahoga App. No. 67452.  Reported at 81 Ohio St.3d 133, 689 N.E.2d 929.  On motion for reconsideration.  Motion denied.

Moyer, C.J., and Pfeifer, J., dissent.

**97–844.  Ohio Edison Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–406–EL–COI.  Reported at 81 Ohio St.3d 1440, 690 N.E.2d 13.  On motion for reconsideration.  Motion denied.

Douglas, F.E. Sweeney and Pfeifer, JJ., dissent.

Dana A. Deshler, Jr., J., of the Tenth Appellate District, sitting for Resnick, J.

Peggy Bryant, J., of the Tenth Appellate District, sitting for Cook, J.

**97–858.  Centerior Energy v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–406–EL–COI.  Reported at 81 Ohio St.3d 1440, 690 N.E.2d 13.  On motion for reconsideration.  Motion denied.

Douglas, F.E. Sweeney and Pfeifer, JJ., dissent.

Dana A. Deshler, Jr., J., of the Tenth Appellate District, sitting for Resnick, J.

Peggy Bryant, J., of the Tenth Appellate District, sitting for Cook, J.

**97–1836.  Key v. Mitchell.**
Trumbull App. No. 96–T–5548.  Reported at 81 Ohio St.3d 89, 689 N.E.2d 548.  On motion for reconsideration.  Motion denied.